UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VERATHON, INC., | |
| Plaintiff, | No. 21-MC-794 (LAP) |
| -against- | ORDER |
| CHARLES E. BAXLEY | |
| Defendant. | |

LORETTA A. PRESKA, Senior United States District Judge:

The Court conducted an in camera review of the ten documents that Verathon selected from Mr. Baxley's supplemental privilege log, dated January 20, 2022. The Court finds that Mr. Baxley's supplemental privilege log accurately describes the documents withheld, and the Court agrees with Mr. Baxley's redactions of document HC00001634.

**SO ORDERED.**

Dated:     January 31, 2022
           New York, New York

*Loretta A. Preska*

LORETTA A. PRESKA
Senior United States District Judge

1