UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
Verathon Inc.,
                Plaintiff(s),

     -against-

Charles E. Baxley,
                Defendant(s).
------------------------------------x

21 MC 794 (LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

    Counsel shall confer and inform Judge Preska by letter no later than March 26, 2024 of the status of the action/remaining claims/defendants.

SO ORDERED.

                                      */s/ Loretta A. Preska*

                                      LORETTA A. PRESKA,
                                      Senior U.S.D.J.

Dated: 3/19/24
New York, New York